**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01417-LTB

CRAIG S. ROBLEDO-VALDEZ,

    Applicant,

v.

SUSAN PAMERLEAU, et al., and
COLO. PAROLE BOARD,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Request for Emergency Relief" (ECF No. 13) filed August 12, 2013, is DENIED because this action was dismissed by order filed on July 11, 2013.

Dated:  August 13, 2013